AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

District of <u>COLUMBIA</u>

FILED
NOV 3 0 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

DANE A. YIRKOVSKY,

Plaintiff

V.

ALBERTO GONZALES, Attorney General, and HARLYE LIPPIN, Dir. of B.O.P.,

Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: **06 2055**

I, <u>DANE A. YIRKOVSKY</u> declare that I am the (check appropriate box)
☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?  ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration <u>OAKDALE-FCI</u>

   Are you employed at the institution? <u>Yes</u>   Do you receive any payment from the institution? <u>Yes</u>

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions. Case Mngr. stated he can only provide me with ledger from here.

2. Are you currently employed?  ☒ Yes    ☐ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.) $2.64 per-month

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.  N/A

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment    ☐ Yes  ☐ No
   b. Rent payments, interest or dividends              ☐ Yes  ☐ No
   c. Pensions, annuities or life insurance payments    ☐ Yes  ☐ No
   d. Disability or workers compensation payments       ☐ Yes  ☐ No
   e. Gifts or inheritances                             ☐ Yes  ☐ No
   f. Any other sources                                 ☐ Yes  ☐ No

RECEIVED
NOV 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

4. Do you have **any** cash or checking or savings accounts?    ☒ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support. (If children are dependents, please refer to them by their initials)

declare under penalty of perjury that the above information is true and correct.

Nov. 6, 2006
_____        _____
        Date                          Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach the certified statement of each account.

RECEIVED
NOV 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

ORDER OF THE COURT

| The application is hereby denied. | The application is hereby granted. Let the applicant proceed without prepayment of costs or fees or the necessity of giving security thereof. |
|---|---|
| _____  _____<br>United States Judge    Date | _____  _____<br>United States Judge    Date |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONSENT TO COLLECTION OF FEES FROM TRUST ACCOUNT

Re: __DANE A. YIRKOVSKY__ v. __ALBERTO GONZALES, ATTORNEY GENERAL, et. al.,__

Civil Action No. _____

    I, __Dane A. Yirkovsky__ # __06822029__, hereby consent for the appropriate prison official to withhold from my prison account and to pay the U.S. District Court an initial fee of 20 percent of the greater of:

    (a)    the average monthly deposits to my account for the six-month period immediately preceding the filing of my complaint; or

    (b)    the average monthly balance in my account for the six-month period immediately preceding the filing of my complaint.

    I further consent for the appropriate prison officials to collect from my account on a continuing basis each month, an amount equal to 20 percent of each month's income. Each time the amount in the account reaches $10, the Trust Officer shall forward the interim payment to the Clerk's Office, U.S. District Court, until such time as the $350.00 filing fee is paid in full.

    If appropriate, I will execute the institution consent form where I am housed, which will permit the staff to withdraw the amount ordered by this court as payment for the filing fee each month until the $350.00 filing fee is paid in full.

    By executing this document, I also authorize collection, on a continuing basis, any costs imposed by the District Court.

_____
(Signature of Plaintiff)

**06 2055**

n:\forms\Trust Account Form

**FILED**

NOV 3 0 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# Inmate Statement

| Inmate Reg #: | 06821029 |
| --- | --- |
| Inmate Name: | YIRKOVSKY, DANE |
| Report Date: | 11/02/2006 |
| Report Time: | 3:03:36 PM |

| Current Institution: | Oakdale FCI |
| --- | --- |
| Housing Unit: | EVA-2 |
| Living Quarters: | E05-302L |

| Alpha Code | Date/Time | Reference# | Payment# | Receipt# | Transaction Type | Transaction Amount | Encumbrance Amount | Ending Balance |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| OAK | 11/1/2006 5:49:21 PM | ITS1101 | | | Phone Withdrawal | ($2.00) | | $40.02 |
| OAK | 10/29/2006 9:52:13 PM | ITS1029 | | | Phone Withdrawal | ($2.00) | | $42.02 |
| OAK | 10/28/2006 12:32:50 PM | ITS1028 | | | Phone Withdrawal | ($2.00) | | $44.02 |
| OAK | 10/14/2006 8:14:56 PM | ITS1014 | | | Phone Withdrawal | ($2.00) | | $46.02 |
| OAK | 10/13/2006 9:04:32 AM | 828 | | | SPO - Released | | $109.95 | -------- |
| OAK | 10/13/2006 9:04:32 AM | 5 | | | Sales | ($109.95) | | $48.02 |
| OAK | 10/6/2006 3:16:25 PM | GIPP0906 | | | Payroll - IPP | $2.52 | | $157.97 |
| OAK | 10/3/2006 5:17:15 PM | 109 | | | Sales | ($12.55) | | $155.45 |
| OAK | 10/1/2006 7:05:51 PM | ITS1001 | | | Phone Withdrawal | ($2.00) | | $168.00 |
| OAK | 9/20/2006 9:45:33 PM | ITS0920 | | | Phone Withdrawal | ($2.00) | | $170.00 |
| OAK | 9/14/2006 7:44:12 PM | ITS0914 | | | Phone Withdrawal | ($2.00) | | $172.00 |
| OAK | 9/12/2006 11:40:43 AM | 36 | | | Sales | ($10.90) | | $174.00 |
| OAK | 9/11/2006 8:19:01 PM | ITS0911 | | | Phone Withdrawal | ($2.00) | | $184.90 |
| OAK | 9/11/2006 9:58:38 AM | 828 | | | SPO | | ($109.95) | -------- |
| OAK | 9/11/2006 9:54:06 AM | IFRP0906 | | | FRP Quarterly Pymt | ($25.00) | | $186.90 |
| OAK | 9/11/2006 9:46:40 AM | FIPP0806 | | | Payroll - IPP | $2.76 | | $211.90 |
| OAK | 9/7/2006 8:24:58 AM | 70165701 | | | Lockbox - CD | $100.00 | | $209.14 |
| OAK | 8/29/2006 5:41:47 PM | 140 | | | Sales | ($16.00) | | $109.14 |
| OAK | 8/27/2006 1:00:27 PM | ITS0827 | | | Phone Withdrawal | ($2.00) | | $125.14 |
| OAK | 8/26/2006 6:52:14 PM | ITS0826 | | | Phone Withdrawal | ($3.00) | | $127.14 |
| OAK | 8/23/2006 5:44:53 PM | ITS0823 | | | Phone Withdrawal | ($1.00) | | $130.14 |
| OAK | 8/21/2006 6:07:09 PM | ITS0821 | | | Phone Withdrawal | ($1.00) | | $131.14 |
| OAK | 8/18/2006 12:50:14 PM | 70164401 | | | Lockbox - CD | $100.00 | | $132.14 |
| OAK | 8/16/2006 9:48:12 PM | ITS0816 | | | Phone Withdrawal | ($3.00) | | $32.14 |
| OAK | 8/14/2006 4:30:58 PM | ITS0814 | | | Phone Withdrawal | ($3.00) | | $35.14 |
| OAK | 8/8/2006 10:04:27 PM | ITS0808 | | | Phone Withdrawal | ($3.00) | | $38.14 |
| OAK | 8/7/2006 7:03:26 PM | ITS0807 | | | Phone Withdrawal | ($3.00) | | $41.14 |
| OAK | 8/6/2006 8:26:20 PM | ITS0806 | | | Phone Withdrawal | ($3.00) | | $44.14 |
| OAK | 8/3/2006 9:04:50 PM | ITS0803 | | | Phone Withdrawal | ($3.00) | | $47.14 |
| OAK | 7/31/2006 8:00:16 PM | ITS0731 | | | Phone Withdrawal | ($2.00) | | $50.14 |
| OAK | 7/27/2006 5:23:07 PM | ITS0727 | | | Phone Withdrawal | ($2.00) | | $52.14 |
| OAK | 7/25/2006 5:37:20 PM | 110 | | | Sales | ($3.50) | | $54.14 |
| OAK | 7/24/2006 7:41:39 PM | ITS0724 | | | Phone Withdrawal | ($1.00) | | $57.64 |

"Authorized By The Act Of July 2, 1955 To Administer Oaths (18 USC 4004)."

Case Manager

RECEIVED
NOV 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | | | | | | |
|---|---|---|---|---|---|---|
| OAK | 7/22/2006 10:36:57 AM | ITS0722 | | Phone Withdrawal | ($2.00) | $58.64 |
| OAK | 7/21/2006 6:55:28 PM | ITS0721 | | Phone Withdrawal | ($3.00) | $60.64 |
| OAK | 7/18/2006 5:05:26 PM | 95 | | Sales | ($22.70) | $63.64 |
| OAK | 7/17/2006 7:07:37 PM | ITS0717 | | Phone Withdrawal | ($2.00) | $86.34 |
| OAK | 7/14/2006 8:14:17 PM | ITS0714 | | Phone Withdrawal | ($3.00) | $88.34 |
| OAK | 7/14/2006 6:09:05 PM | ITS0714 | | Phone Withdrawal | ($3.00) | $91.34 |
| OAK | 7/14/2006 3:21:51 AM | TX071406 | | Transfer - In from TRUFACS | $94.34 | $94.34 |

**Total Transactions: 40**

**Totals:** $40.02    $0.00

**Current Balances**

| Alpha Code | Available Balance | Pre-Release Balance | Debt Encumbrance | SPO Encumbrance | Other Encumbrance | Outstanding Instruments | Administrative Holds | Account Balance |
|---|---|---|---|---|---|---|---|---|
| OAK | $40.02 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $40.02 |
| **Totals:** | **$40.02** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$0.00** | **$40.02** |

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)"

Case Manager



RECEIVED
NOV 0 8 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT